# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **PAMELA HERRINGTON**, both individually and behalf of all other similarly situated persons,<br><br>        **Plaintiffs,**<br><br>and<br><br>**WATERSTONE MORTGAGE CORPORATION,**<br>        **Defendant.** | Case No.: 3:11-cv-00779-bbc |

## DEFENDANT'S NOTICE OF APPEAL

Notice is given that Defendant Waterstone Mortgage Corporation hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Judgment entered in this action on December 8, 2017 (ECF No. 135), the Opinion and Order dated December 4, 2017 and the decisions contained therein (ECF No. 133), and from the District Court's Opinion and Order of March 16, 2012 granting Defendant Waterstone Mortgage Corporation's Motion to dismiss, or, in the Alternative to Compel Arbitration, and for Costs, but holding Plaintiff "must be allowed to join other employees to her case" in arbitration (ECF No. 57) and all subsequent orders reiterating the District Court's refusal to enforce the terms of the parties' underlying agreement providing that Plaintiff's claim must be arbitrated alone and not be joined with or include any other person's claim.

DATED:  December 21, 2017	OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Spencer C. Skeen*
    Spencer C. Skeen
    Tim L. Johnson
    Jesse C. Ferrantella
    Attorneys for Defendant
    WATERSTONE MORTGAGE CORPORATION

32412789.1