IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PAMELA HERRINGTON, both individually and behalf of all other similarly situated persons,

Plaintiffs,

and

WATERSTONE MORTGAGE CORPORATION,

Defendant.

Case No.: 3:11-cv-00779-bbc

## ORDER REGARDING DEFENDANT'S MOTION TO STAY EXECUTION ON JUDGMENT PENDING APPEAL

Having reviewed Defendant Waterstone Mortgage Corporation's motion to stay execution on judgment pending appeal, and the declarations and evidence filed therewith, and finding the proposed supersedeas bond in the amount of $10,953,248.70 sufficient, the Court HEREBY ORDERS that Waterstone's motion to stay execution on judgment pending appeal is GRANTED. The Court's December 8, 2017, Judgment in a Civil Case (ECF 135) ("JUDGMENT") is HEREBY stayed from execution pending resolution of the appeal in the above-captioned matter.

IT IS SO ORDERED.

Dated: January 5, 2018

_____
Honorable Barbara B. Crabb
Judge, United States District Court for the
Western District of Wisconsin

32407155.1

1