IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PAMELA HERRINGTON, *individually and on behalf of all other similarly situated persons,*

    Plaintiffs,

v.

WATERSTONE MORTGAGE CORPORATION,

    Defendant.

Case No. 11-cv-779-bbc

## AMENDED JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Waterstone Mortgage Corporation against plaintiff Pamela Herrington vacating the July 5, 2017 arbitration award and remanding this dispute for single-plaintiff arbitration.

Approved as to form this 29th day of April, 2019.

_Barbara B Crabb_
Barbara B. Crabb
District Judge

_Peter Oppeneer_
Peter Oppeneer
Clerk of Court

4/29/19
Date